UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM P. ROSE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANILLE BORCA,<br><br>　　　　Defendant. | No.  2:15-cv-01290 KJN P<br><br>ORDER and FINDINGS AND RECOMMENDATIONS |

By order filed July 1, 2015, the undersigned ordered plaintiff to complete and return to the court, within thirty days, the USM-285 form necessary to effect service on defendant Danille Borca.  That thirty day period has since passed, and plaintiff has not responded in any way to the court's order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall appoint a district judge in this action.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Fed. R. Civ. P. 41(b).

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Findings and

1

1  Recommendations."  Plaintiff is advised that failure to file objections within the specified time
2  may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th
3  Cir. 1991).
4  Dated:  August 20, 2015

6  /rose1290.fusm

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE